UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 08-10-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID C. THOMAS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 94] filed by United States Magistrate Judge Edward B. Atkins. The Report and Recommendation addresses the action brought by the Defendant, David C. Thomas, pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence. [R. 83.] Therein he recommends that his motion be denied. [R. 94.] Also, the Report and Recommendation advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] As of this date, neither party has filed objections or extensions of time to file objections and the time for doing so has passed. [*See id.*]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

1

Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 94] is **ADOPTED** as the opinion of this Court; and

(2) Thomas' Motion pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence [R. 83] is **DENIED**.

This 3rd day of May, 2012.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge